**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1262**

DAVID WEBB,

        Plaintiff - Appellant,

    v.

MICHAEL KLINE, Mayor; HILARY A. CROTHERS-MOORE, Commissioner; CORPORAL DENNIS R. WOOD, Police Officer; SERGEANT MICHAEL S. HICKEY,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Mark Coulson, Magistrate Judge. (1:22-cv-00008-JMC)

Submitted: April 28, 2022                    Decided: May 17, 2022

Before MOTZ, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Webb, Appellant Pro Se. Jason L. Levine, LOCAL GOVERNMENT INSURANCE TRUST, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Webb seeks to appeal the magistrate judge's order granting the Defendants' motion for an extension of time to respond to Webb's complaint and denying Webb's motions for entry of default, default judgment, and sanctions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Webb seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Webb's motion for a stay pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*